586

702 A.2d 359

Maryann Douglas LAMAR and Nathaniel
Lamar, her husband, Petitioners,

v.

Conrad T. FRAIDER, D.O., Suburban General
Hospital and Acromed, Inc., Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Alan M. Feldman, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).

702 A.2d 359

Sarah EVOLI, Petitioner,

v.

Karl ROSENFELD, M.D., Lewis S. Sharps,
M.D., Paoli Memorial Hospital and
Acromed, Inc., Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Lawrence G. Metzger, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is RE-MANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).

702 A.2d 359

**Moses and Christine ARNOLD, Petitioners,**

v.

**Conrad T. FRAIDER, D.O., Suburban General Hospital and Acromed, Inc., Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Lawrence G. Metzger, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is RE-MANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).